IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| v. | * | Criminal No. JKB-18-0506 |
| KEVIN LEE | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MEMORANDUM AND ORDER

Now pending before the Court is the Defendant's Motion to Vacate, Set Aside, or Correct Sentence (ECF No. 137). The Government has responded. The Defendant has not replied and the time for doing so has expired. The Motion will be DENIED.

First, the Defendant's motion is time-barred. He was required to file it within one year after the time for filing an appeal had lapsed (he did not appeal). Any motion filed after July 7, 2023, is not timely, and the Defendant did not file until August 3, 2023.

Further, the Defendant does not raise constitutional claims in his petition, or, if he does, he has brought them in the wrong court. At most, any claims with a constitutional patina are in reference to his conditions of confinement. As such, they might be the basis for filing a motion pursuant to 28 USC § 2241, but such a motion must be filed in the district where the Defendant finds himself confined. He is currently being held in Pennsylvania, not Maryland.

To the extent that his claims do not assert medical or healthcare issues, they are pleas for leniency and/or compassionate release advancing notions of rehabilitation and/or remorse.

Because the Defendant did not file his claims in a timely manner, and because they are otherwise insufficient under § 2255 for the reasons indicated, his Motion (ECF No. 137) is DENIED.

Dated this \_\_\_22\_\_\_ day of January, 2024.

BY THE COURT:

_____
James K. Bredar
Chief Judge